1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**San Francisco Division**

ROBIN BROWNDORF,
          Plaintiff,

       v.

CREDITORS INTERCHANGE
RECEIVABLE MANAGEMENT,
          Defendant.
_____/

No. C 11-2815 PSG

**ORDER RE: ATTENDANCE AT
MEDIATION**

Date:        October 28, 2011
Mediator:   Sharon O'Grady

      IT IS HEREBY ORDERED that the request for defendant Creditors Interchange Receivable

Management's corporate representative and insurer representative to be excused from attending in

person the October 28, 2011, mediation before Sharon O'Grady is GRANTED.  Both representatives

shall be available at all times to participate telephonically in the mediation in accordance with ADR

L.R. 6-10(f) unless or until excused by the mediator.

      IT IS SO ORDERED.


__October 19, 2011__     By:    _Elizabeth D. Laporte_____
Dated                              Elizabeth D. Laporte
                                 United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**