UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ROBIN BROWNDORF,
    Plaintiff,

v.

CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT,
    Defendant.

No. C 11-2815 PSG

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    October 28, 2011
Mediator:    Sharon O'Grady

    IT IS HEREBY ORDERED that the request for defendant Creditors Interchange Receivable Management's corporate representative and insurer representative to be excused from attending in person the October 28, 2011, mediation before Sharon O'Grady is GRANTED. Both representatives shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f) unless or until excused by the mediator.

    IT IS SO ORDERED.

October 19, 2011    By:    *Elizabeth D. Laporte*
Dated                                      Elizabeth D. Laporte
                                        United States Magistrate Judge