UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBIN BROWNDORF,<br><br>               Plaintiff,<br>     v.<br><br>CREDITOR INTERCHANGE RECEIVABLE MANAGEMENT LLC,<br><br>               Defendant. | Case No.: 11-CV-2815-LHK<br><br>ORDER RE: FILING OF STIPULATION OF DISMISSAL |

On October 31, 2011, the Court received notice that the above captioned case has fully settled in mediation. A case management conference remains set for November 22, 2011. By November 15, 2011, the parties shall file their stipulation of dismissal, or, if they are unable to do so, a joint statement explaining why they cannot file their stipulation of dismissal and providing a new date by which they will file their stipulation of dismissal.

**IT IS SO ORDERED.**

November 3, 2011

_____
LUCY H. KOH
United States District Judge