UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBIN BROWNDORF, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CREDITOR INTERCHANGE RECEIVABLE ) <br> MANAGEMENT LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 11-CV-2815-LHK <br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

On October 31, 2011, the Court received notice that the above captioned case fully settled in mediation. By November 15, 2011, the parties were ordered either to file their stipulation of dismissal, or, if they were unable to do so, a joint statement explaining why they cannot file their stipulation of dismissal and providing a new date by which they will file their stipulation of dismissal. On November 15, 2011, the parties filed a statement explaining that the settlement agreement which has been reached between the parties calls for payment to Plaintiff on or before December 5, 2011, and that the parties believe that they will be able to file a stipulation of dismissal prior to December 15, 2011. ECF No. 22. Accordingly, the Case Management Conference set for November 22, 2011, is continued to December 21, 2011, at 2:00 p.m. By December 15, 2011, the parties shall file their stipulation of dismissal.

**IT IS SO ORDERED.**

November 21, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 11-CV-2815-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE